COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     In the Interest of J.M.H., a child

Appellate case number:   01-12-00793-CV

Trial court case number: 2011-67740

Trial court:             309th District Court of Harris County

On August 22, 2012, appellant Victor Charles filed an affidavit of indigence in the trial court in the above-referenced appeal. On August 24, 2012, the district clerk timely filed a contest to the affidavit. *See* TEX. R. APP. P. 20.1(e). The trial court was required to sign an order on the contest within 10 days of the date that the contest was filed, by September 4, 2012, unless the time was extended.[1] *See* TEX. R. APP. P. 20.1(i)(4). The trial court signed an order sustaining the contest on September 4, 2012, and therefore the order sustaining the contest was timely.

Appellant did not file a challenge in this Court to the trial court's order. *See* TEX. R. APP. P. 20.1(j)(1) ("If the trial court sustains a contest, the party claiming indigence may seek review of the court's order by filing a motion challenging the order with the appellate court without advance payment of costs."), (2) ("The motion must be filed within 10 days after the order sustaining the contest is signed, or within 10 days after the notice of appeal is filed, whichever is later."). The notice of appeal in this case was filed on August 22, 2012, and the order sustaining the contest was signed on September 4, 2012. Therefore, appellant had until September 14, 2012 to file a motion with this Court challenging the trial court's order sustaining the contest. Appellant did not timely file such a motion. *See* TEX. R. APP. P. 20.1(j). The required filing fee is now due.

It is **ORDERED** that appellant, Victor Charles, pay the filing fee of $175.00 to this Court no later than 10 days from the date of this order, or the appeal will be dismissed. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138

---

[1]     Ten days from August 24, 2012 is Monday, September 3, 2012, a holiday, and therefore the time was extended to Tuesday, September 4, 2012. *See* TEX. R. CIV. P. 4.

(Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal of case).

Appellant is **ORDERED** to file within 30 days of the date of this order proof that appellant has paid or made arrangements to pay the clerk's fee for preparing the clerk's record or this Court may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b).

Appellant is **ORDERED** to file within 30 days of the date of this order proof that appellant has paid or made arrangements to pay the court reporter for preparing the record, or this Court may consider and decide those issues and points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

It is so ORDERED.

Judge's signature: /s/ Justice Rebeca Huddle
        ☑ Acting individually    ☐ Acting for the Court

Date: November 27, 2012